UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW TURNBULL, et al.,

    Plaintiffs,

v.

SHORE ACRES, INC., et al.,

    Defendants.

_____/

Case No. 1:10-cv-1040

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Shore Acres, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Shore Acres, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: November 29, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge